**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TELSEA GALBRAITH,

    Plaintiff,

v.                                                  Case No: 8:14-cv-1983-T-35EAJ

FESTIVA DEVELOPMENT GROUP, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 6) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**[1]. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 18th day of November, 2014.

                                                               MARY S. SCRIVEN
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party

---

[1] The Plaintiff, in its Notice of Voluntary Dismissal ("Notice"), requests that each party bear its own attorneys' fees and costs associated with this matter; however, a review of the docket reveals that the Defendant has not made an appearance and the Notice is not stipulated to by the parties.